9 P.3d 511

# SUPREME COURT OF HAWAI'I

Llanes v. AIG Hawaii . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22712    09/19/2000    Vacated & Re-manded

State v. Ayres . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22154    09/21/2000    Vacated & Re-manded